# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| PATRICIA SIAYA RUYBOL, ) | Case No. 23-15266-MER |
| Debtor. ) | Chapter 7 |
| ) | |

## TRUSTE3E'S MOTION TO COMPEL TURNOVER PROPERTY OF THE ESTATE

COMES NOW the Plaintiff, Simon E. Rodriguez, (hereinafter referred to as Trustee) by his attorneys, James G. Anderson, P.C., and hereby moves the Court pursuant to 11 U.S.C § 542 for an Order compelling Debtor to turnover the value of property of the estate, and as grounds therefore, states the following:

1. That on November 14, 2023, Debtor filed a voluntary petition under Chapter 7 of Title 11 of the Bankruptcy Code.

2. The United States Bankruptcy Court for the District of Colorado has subject matter jurisdiction over this action pursuant to 28 USC § 1334, is a core proceeding within the meaning of 28 USC § 157. and venue is proper in this district pursuant to 28 U.S.C. § 1409.

3. That Simon E. Rodriguez was appointed Trustee in the above-referenced bankruptcy case.

4. The original Meeting of of Creditors was scheduled for December 15, 2023.

5. The Trustee requested that the Debtor, after providing the Trustee her 2023 federal and state tax returns, to turnover property of the bankruptcy estate to him:
   a. Non-exempt portion of her 2023 state refund in the amount of $1,795.61
   b. Non-exempt wages of $194.31
   c. Non-exempt cash of $20.00

6. The filing of a petition to commence a bankruptcy case creates an estate which is made up of all legal or equitable interests of the debtor in property.

7. The Debtor has possession, custody or control of non-exempt assets of the estate in the amount of $2,009.92.

8. The Trustee and his attorney have requested the Debtor's attorney for the Debtor to turnover the assets or its value and Debtor has failed or refused to comply with said requests.

9. The Trustee seeks entry of an Order requiring the Debtor to turnover $2,009.92 to the Trustee within fourteen (14) days after the entry of the Court's Order.

WHEREFORE, The Trustee requests the Court enter its Order requiring the Debtor to turnover to the estate the value of the assets described herein and grant such other relief as the Court deems just and proper.

Dated: June 22, 2025

Respectfully submitted

James G. Anderson, P.C.

/s/ James G. Anderson
James G. Anderson  #1721
Attorneys for the Trustee
12101 E. 2nd Avenue, Suite 202
Aurora, CO 80011
303-343-4504
Fax No.  303-366-4078
gremly@jgandersonpc.com